```
 1  Andrew D. Skale (SBN 211096)
      askale@mintz.com
 2  Matthew C. Bernstein (SBN 199240)
      mbernstein@mintz.com
 3  Ben L. Wagner (SBN 243594)
      bwagner@mintz.com
 4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
    3580 Carmel Mountain Road, Suite 300
 5  San Diego, CA  92130
    Telephone: (858) 314-1500
 6  Facsimile:  (858) 314-1501

 7  Attorneys for Defendant and Counterclaim Plaintiff
    SEQUAL TECHNOLOGIES, INC.
 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INOGEN, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SEQUAL TECHNOLOGIES, INC., a Delaware corporation,<br><br>            Defendant.<br><br>SEQUAL TECHNOLOGIES, INC., a Delaware corporation<br><br>            Counterclaim Plaintiff,<br><br>    v.<br><br>INOGEN, INC., a Delaware corporation,<br><br>            Counterclaim Defendant. | Case No. 09-CV-2391 H (JMA)<br><br>**DECLARATION OF JOHN. M. DANAHER IN SUPPORT OF DEFENDANT SEQUAL TECHNOLOGIES, INC.'S REPLY RE MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      04/05/2010<br>Time:     10:30 a.m.<br>Courtroom: 13<br>The Honorable Marilyn L. Huff |

Case No. 09-CV-2391 H (JMA)

I, John M. Danaher, declare as follows:

1. I am over 18, and have personal knowledge of the facts set forth in this Declaration and if called to testify as to the same could competently do so.

2. I am currently a Senior Account Manager at UOP LLC. I have been employed at UOP LLC since 1988, and previously was employed at Union Carbide Corporation between 1978 and 1988. I have held various business positions at Union Carbide and UOP, always in business areas relating to adsorbent materials. My current responsibilities include managing the sales account between UOP and SeQual.

3. Attached as Exhibit A to this declaration is a true and correct copy of an analysis of the Oxysiv MDX adsorbent we performed, showing calcium and magnesium content exceeding 0.01%. The test was performed using Inductively Coupled Plasma. This document is kept in UOP's files as part of its ordinary course of business. A copy of these test results were provided to SeQual on December 1, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration has been executed in Des Plaines, Illinois.

Dated: 3/29/10                    Signature: [signature]
                                              John M. Danaher

1

Case No. 09-CV-2391 H (JMA)

# EXHIBIT A

| Description | Oxysiv-MDX |
|---|---|
| **Wt%** | |
| Al | 25.3 |
| Si | 32.0 |
| Ca | 0.81 |
| Fe | 0.56 |
| K | 0.20 |
| Li | 5.89 |
| Mg | 1.35 |
| Na | 0.47 |
| P | 0.040 |
| Ti | 0.067 |
| **Equivalents** | |
| Al | 2.81 |
| Si | 4.56 |
| Ca | 0.041 |
| Fe | 0.030 |
| K | 0.005 |
| Li | 0.849 |
| Mg | 0.111 |
| Na | 0.020 |
| | |
| **Ratios** | |
| (Na+K+Li)/Al | 0.93 |
| Si:Al | 3.24 |
| (Na+K+Li), meq/100g | 0.87 |
| (Ca + Mg), meq/100g | 0.36 |
| Na/(Na+Li+K) | 2.3% |
| (Na+K+Li)/Ca | 21.6 |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On March 29, 2010, I filed a copy of the following document(s):

**DECLARATION OF JOHN. M. DANAHER IN SUPPORT OF DEFENDANT SEQUAL TECHNOLOGIES, INC.'S REPLY RE MOTION FOR SUMMARY JUDGMENT**

by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| F.T. Alexandra Mahaney, Esq.<br>Jeffrey W. Guise, Esq.<br>Matthew J. Bresnahan, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real, Suite 200<br>San Diego, CA  92130 | Attorneys for Plaintiff/Counterclaim Defendant<br>INOGEN, INC.<br><br>Email:   amahaney@wsgr.com<br>         jguise@wsgr.com<br>         mbresnahan@wsgr.com |

Executed on March 29, 2010, at San Diego, California.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

s/Andrew D. Skale, Esq.
Andrew D. Skale, Esq.